DAN MARMALEFSKY (CA SBN 95477)
DMarmalefsky@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California  90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
CELLCO PARTNERSHIP D/B/A
VERIZON WIRELESS

E-FILED 05/14/10
JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| KENNETH BLAIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; SJA MOBILE, LLC, d/b/a GO LIVE! MOBILE; and DOES 1 to 10,<br><br>Defendants. | Case No.  CV 09-4474 PSG(MLG)<br><br>**[PROPOSED] ORDER ENTERING JUDGMENT PURSUANT TO CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS'S RULE 68 OFFER OF JUDGMENT**<br><br>Trial Date:     November 30, 2010 |

1   On March 10, 2010, Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") served Plaintiff Kenneth Blain with an Offer to Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Offer of Judgment"). Attached hereto as Exhibit A is a true and correct copy of Verizon Wireless's Rule 68 Offer of Judgment. On March 18, 2010, Plaintiff served his acceptance of the Offer of Judgment. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's acceptance of the Offer of Judgment. Final judgment is hereby entered in accordance with the Offer of Judgment and the parties' agreement as follows:

1. In full resolution of the Amended Complaint filed by Plaintiff in this action against Verizon Wireless on or about August 24, 2009, Defendant Verizon Wireless shall pay Plaintiff a total of $22.13, and shall pay Plaintiff's counsel for attorneys' fees and costs in the total amount of $26,197.82.

2. Plaintiff's claims are hereby dismissed with prejudice; this action is dismissed.

IT IS SO ORDERED.

Dated: May 14, 2010

**PHILIP S. GUTIERREZ**
_____
The Honorable Philip S. Gutierrez
United States District Court Judge

1